OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR**

8/20/2014 **PRIVATE USE**




MOSQUERA, RODRIGO   Tr. Ct. No. 2011CR8500

COA No. 04-12-00443-CR

MAILED FROM ZIP CODE **PD-1466-13**

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

RODRIGO MOSQUERA
1514 W. OLMOS
SAN ANTONIO, TX 78201

NIXIE      782   5E  1        0103/26/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230808      *2093-05271-21-38